Tammy Hussin (Bar No. 155290)
*Of Counsel*
Lemberg & Associates LLC
6404 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
David Platek

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Platek, | Case No.: CV11-2541 HRL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| NCO Financial Systems, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

NOTICE OF SETTLEMENT

1

2

3

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

4

reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of

5

Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R.

6

7

Civ. P. 41(a) within 30 days.

8

The parties hereby further request that this honorable Court provide a period of

9

60 days within which to complete the settlement and file a dismissal of the action.

10

11

12

13

14

15

By:   */s/   Tammy Hussin*
Tammy Hussin  *Of Counsel*
Lemberg & Associates
Attorney for Plaintiff, David Platek

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

## CERTIFICATE OF SERVICE

2

3    I, the undersigned, certify and declare that I am over the age of 18 years, and

4    not a party to the above-entitled cause. On August 4, 2011, I served a true copy of

5    foregoing document(s): **NOTICE OF SETTLEMENT**.

6

7    **BY ELECTRONIC FILING:** I hereby    **Attorney for Defendants NCO**
     certify that on August 4, 2011, a copy of    **Financial Systems, Inc.**

8    the foregoing document was filed    Debbie P. Kirkpatrick, Esq.

9    electronically. Notice of this filing will be    Sessions, Fishman, Nathan & Israel,
     sent by operation of the Court's electronic    L.L.P.

10   filing system to all parties indicated on    1545 Hotel Circle South, Suite 150
     the electronic filing receipt. All other    San Diego, California 92108-3426

11   parties will be served by regular U.S.

12   Mail. Parties may access this filing

13   through the Court's electronic filing

14   system.

15

16   I am readily familiar with the firm's practice of collection and processing

17   correspondence for mailing. Under that practice it would be deposited with the U.S.

18

19   Postal Service on that same day with postage thereon fully prepaid in the ordinary

20   course of business. I am aware that on motion of the party served, service is presumed

21   invalid if postal cancellation date or postage meter date is more than one day after the

22

23   date of deposit for mailing in affidavit.

24   I hereby certify that I am employed in the office of a member of the Bar of this

25   Court at whose direction the service was made.

26

27   Executed on August 4, 2011.

28

3

1

2                                              By:   /s/   *Tammy Hussin*

3                                              Tammy Hussin  *Of Counsel*

                                               Lemberg & Associates

4                                              Attorney for Plaintiff, David Platek

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4