UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID PLATEK,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>　　　　　　Defendant. | Case No.: 11-CV-02541-LHK<br><br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE |

An initial case management conference is scheduled in this action for Wednesday, August 24, 2011 at 2:00 p.m. However, on August 4, 2011, the parties filed a Notice of Settlement. *See* Dkt. #11. In that Notice, Plaintiff represents that the parties have settled, and anticipates filing a voluntary dismissal within 30 days of August 4, 2011. Accordingly, Plaintiff shall file a stipulation of dismissal by September 4, 2011. In light of the Notice of Settlement, the August 24, 2011 case management conference is continued to Wednesday, September 21, 2011 at 2:00 p.m. If, as anticipated, Plaintiff files a stipulation of voluntary dismissal by September 4, 2011, the Court will vacate the September 21, 2011 case management conference. Otherwise, the parties should be prepared to litigate this case and proceed with the September 21, 2011 case management conference. Further requests for extensions of time shall be disfavored.

**IT IS SO ORDERED.**

Dated: August 10, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-02541-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE