Tammy Hussin (Bar No. 155290)
*Of Counsel*
Lemberg & Associates LLC
6404 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiffs,
David Platek

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David Platek,<br><br>              Plaintiff,<br><br>     vs.<br><br>NCO Financial Systems, Inc.; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No.: CV11-2541  LHK<br><br>**STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed against Defendants NCO Financial Systems, Inc. with prejudice and without costs to any party.

Plaintiff

_/s/ Tammy Hussin_____

TAMMY HUSSIN
Attorney for Plaintiff

Defendant

__/s/ Debbie Paulerio Kirkpatrick__

Debbie Paulerio Kirkpatrick
Attorney for NCO Financial Systems, Inc.

_Lucy H. Koh_____
SO ORDERED

DATED:  August 23, 2011